<partyblock>

Compas Medical, P.C., as Assignee of JUMOKE FORDE, Appellant,  

against

ELRAC, Inc., Respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Sally E. Unger, J.), entered March 5, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied.

In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that defendant had timely and properly denied the claims at issue based on plaintiff's assignor's failure to appear for duly scheduled independent medical examinations. Plaintiff appeals from an order of the Civil Court which granted defendant's motion.

For the reasons stated in Compas Med., P.C., as Assignee of Bianca Loubeau v ELRAC, Inc. (
[appeal No. 2014-637 Q C], decided herewith), the order is reversed and defendant's motion for summary judgment dismissing the complaint is denied.

Pesce, P.J., Aliotta and Solomon, JJ., concur.

Decision Date: October 05, 2016

<form method="LINK" action="../../slipidx/at_2_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>